IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01897-WYD-BNB

SIGNATURE WIRE CORPORATION,

   Plaintiff,

v.

BEST BUY CO., d/b/a Best Buy Enterprises,

   Defendant.

---

ORDER GRANTING MOTION TO VACATE

---

   THIS MATTER came before the Court on a Motion to Vacate. Upon review of the Motion and the record, the COURT HEREBY

   ORDERS that pursuant Motion shall be granted. The hearing scheduled for November 15, 2006, at 1:00 P.M is **VACATED.**

   DATED this 13th day of November, 2006.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              UNITED STATES DISTRICT JUDGE