IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01897-WYD-BNB

SIGNATURE WIRE CORPORATION,

     Plaintiff,

v.

BEST BUY CO., INC., d/b/a Best Buy Enterprises,

     Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss with Prejudice [# 21], filed December 5, 2006.  After reviewing the file in this matter, the Court determines that the motion should be APPROVED.  Accordingly, it is

ORDERED that the Unopposed Motion to Dismiss with Prejudice is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

Dated:  December 7, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge